UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MUHAMMAD HAFEEZ, | ) | NO. SACV 07-1276-GAF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW MARTEL, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 6/24/08.

GARY A. FEESS
UNITED STATES DISTRICT JUDGE